in the pleading distinguishes the present case from *Fish* v. *Vanderlip*, and that the answer now before us sufficiently establishes such a community of interest between Cox and the present defendant as to make them privies in such a sense that the former judgment in favor of Cox inures to this defendant's advantage. I think, therefore, that the motion should have been denied.

———

Sophia A. Dougherty, Respondent, v. Elbridge G. Duvall and Others, Appellants, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Présent — Clarke, P. J., McLaughlin, Dowling, Smith and Page, JJ.

Charles E. L. Johnston, Respondent, v. L. K. Comstock and Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Page, JJ.

Nicola Esposito, an Infant, etc., Respondent, v. Compagnie Francaise de Navigation a Vapeur de Cyprien Fabre et Compagnie, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Page, JJ.; Clarke, P. J., and McLaughlin, J., dissented.

George Gray, Respondent, v. The Churchman Company, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Page, JJ.

Cecelia E. Kaiser, Appellant, v. New Amsterdam Gas Company, Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Page, JJ.

The People of the State of New York, Respondent, v. Morris Lester and William Lang, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Page, JJ.

S. Shanker Metal Ceiling Company, Inc., Respondent, v. Fort Masonry Company and Another, Respondents, Impleaded with Samuel Rabinowitz and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Page, JJ.

Carlo Quagliotta, Respondent, v. Standard Arch' Company, a Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Page, JJ.

Alma Nahme, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs, on the authority of *Williams* v. *City of New York* (214 N. Y. 259). Present — Clarke, P. J., McLaughlin, Dowling, Smith and Page, JJ.; Clarke, P. J., and McLaughlin, J., dissented on *Gaffney* v. *City of New York* (218 N. Y. 225).

The People of the State of New York ex rel. D. Clinton Mackey, Relator, v. Frank Hasbrouck, Superintendent of Insurance of the State of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Page, JJ.

Harwood-Barley Manufacturing Company, Appellant, v. Charles B. Wiggins and Another, Copartners, etc., Respondents.— Order affirmed,